USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __October 28, 2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ANJALI SINGHAL,**

                          **Plaintiff,**

      **-against-**

**DOUGHNUT PLANT, INC. ET AL,**

                          **Defendants.**

**20-cv-3295 (ALC)**
**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    In light of Plaintiff's first amended complaint, the Court denies Defendants' motion to dismiss without prejudice. (ECF No. 22). Defendant shall answer the first amended complaint or move by November 11, 2020.

**SO ORDERED.**

**Dated:**  October 28, 2020

    **New York, New York**

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**