USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: December 1, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANJALI SINGHAL,<br><br>                              Plaintiff,<br><br>          -against-<br><br>DOUGHNUT PLANT, INC. ET AL,<br><br>                              Defendants. | 20-cv-3295 (ALC)<br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Defendants request an extension of time to file their reply in support of their motion to dismiss Plaintiff's amended complaint. ECF No. 33. The request is granted. Defendants shall file their reply by December 9, 2020.

**SO ORDERED.**

**Dated:**  December 1, 2020

   New York, New York                                                    **ANDREW L. CARTER, JR.**
                                                                                                    **United States District Judge**