UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANJALI SINGHAL,

                         **Plaintiff,**

      -against-                         20-CV-3295 (ALC)

DOUGHNUT PLANT, INC., ET AL.,          **ORDER**

                        **Defendants.**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:  November 7, 2022
          New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**